UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. BANK TRUST, N.A., as Trustee
for LSF9 Master Participation Trust,

PLAINTIFF

v.

ANTHONY M. BRICHETTO,      Civil Action No. 2:16-cv-00387-JDL

DEFENDANT

v.

INTERNAL REVENUE SERVICE,

PARTY-IN-INTEREST

### DEFENDANT'S MOTION FOR FORECLOSURE MEDIATION PURSUANT TO 14 M.R.S. § 6321-A AND M.R.Civ.P. 93 WITH INCORPORATED MEMORANDUM OF LAW

Now Comes the Defendant Anthony M. Brichetto, by and through his attorney, Frank D'Alessandro, Pine Tree Legal Assistance, and hereby requests that mediation be held in this case as set forth at 14 M.R.S. § 6321-A and M.R.Civ.P. 93, and in support thereof states as follows:

1. Plaintiff has commenced a foreclosure action against Defendant Brichetto with respect to real property that is Mr. Brichetto's principal residence and which is located in the State of Maine.

2. This case involves no federal causes of action and questions of federal law.

3. This foreclosure action is controlled by Maine Statute (14 M.R.S. §§ 6111 and 6321 et. Seq.) and the Maine Rules of Civil Procedure.

4. In particular this case must be conducted in accordance with 14 M.R.S. § 6321-A which, in conjunction with M.R.Civ.P. 93 provides for a detailed process of foreclosure medication conducted by mediators specifically trained according to the provisions of 14 M.R.S. § 6321-A (7) (A).

5. Pursuant to the provisions of 14 M.R.S. § 6321-A (6) "When a defendant returns the notice required under subsection 2 or otherwise requests mediation or makes an appearance in a foreclosure action, the court shall refer the plaintiff and defendant to mediation pursuant to this section."

6. Defendant Brichetto entered his appearance in this matter on August 22, 2016 when he filed his Answer in this case.

7. Defendant Brichetto is therefore entitled to mediation as set forth in 14 M.R.S. § 6321-A and M.R.Civ.P. 93.

8. Pursuant to 14 M.R.S. § 6321-A, "a final judgment [in this case] may not issue until a mediator's report has been completed pursuant to subsection 13."

WHEREFORE, Defendant Anthony M. Brichetto hereby requests that this matter be submitted for foreclosure mediation in accordance with the provisions of 14 M.R.S. § 6321-A and Rule 93 of the Maine Rules of Civil Procedure and the practices and procedures of the Maine Foreclosure Diversion Program.

                                          RESPECTFULLY SUBMITTED,

DATED: August 29, 2016        /s/ Frank D'Alessandro
                                        FRANK D'ALESSANDRO, Bar # 3243
                                        ATTORNEY AT LAW
                                        PINE TREE LEGAL ASSISTANCE, INC.
                                        P.O. BOX 547
                                        88 FEDERAL STREET
                                        PORTLAND, ME. 04112
                                        (207) 400-3203

# CERTIFICATE OF SERVICE

I, Frank D'Alessandro, Esq., Pine Tree Legal Assistance, attorney for Anthony M. Brichetto, Defendant, hereby certify that on August 29, 2016 I electronically filed the above Motion for Foreclosure Mediation of Defendant Anthony Brichetto with the clerk of court using the CM/ECF system which will send notification of such filing to the following:

John A. Doonan, Esq.

To all other parties not electronically docketed pursuant to the Electronic Notice generated by the ECF/PACER system, namely Party in Interest Internal Revenue Service, I caused to be served a true and correct copy of the Defendant's Answer by mailing on this day, by First Class Mail, postage prepaid to:

Internal Revenue Service
100 Middle Street, East Tower,
6th Floor
Portland, Me. 04101

DATED: August 29, 2016  /s/ Frank D'Alessandro
FRANK D'ALESSANDRO, Bar # 3243
ATTORNEY AT LAW
PINE TREE LEGAL ASSISTANCE, INC.
P.O. BOX 547
88 FEDERAL STREET
PORTLAND, ME. 04112
(207) 400-3203