UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| US BANK TRUST NA, *as trustee* for LSF9 Master Participation Trust, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:16-cv-00387-JDL |
| ANTHONY M. BRICHETTO, | ) ) | |
| Defendant. | ) | |

### ORDER STAYING THE DEFENDANT'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER DENYING MOTION FOR MEDIATION

In this foreclosure action brought pursuant to 14 M.R.S.A. § 6321-A (2016), Defendant Anthony Brichetto objects to an order of the United States Magistrate Judge denying his motion for mediation. ECF No. 12. Federal jurisdiction over this action is based on diversity of citizenship, 28 U.S.C.A. § 1332 (2016).

On November 10, 2016, I conducted a telephonic conference with the parties' attorneys, John A. Doonan, Esq., for Plaintiff U.S. Bank Trust, N.A., and Frank D'Alessandro, Esq., for the Defendant.

For the reasons stated on the conference record, it is hereby ORDERED that:

1. The Defendant's objection to the Magistrate Judge's decision is stayed.

2. In accordance with M.R. Civ. P. 93(c)(1), the Defendant shall file within 14 days the notice and all other required documents necessary to initiate mediation pursuant to the Maine Foreclosure Diversion Program.

3.      If the case is accepted for mediation by the Maine Foreclosure Diversion Program, the parties shall participate in good faith in the program and comply with all applicable requirements.  The parties shall notify the court after the mediation process has been completed, whereupon the Defendant's objection will be denied as moot.

4.      If the case is not accepted for mediation in the Maine Foreclosure Diversion Program, the parties shall notify the court and the court will proceed to decide the Defendant's objection.

5.      The parties shall notify the court of the acceptance or rejection of the case for mediation within 5 days of the action.

**SO ORDERED.**

**Dated this 14th day of November 2016**

                                                           /s/ JON D. LEVY
                                                         **U.S. DISTRICT JUDGE**