UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust,**

**PLAINTIFF**

**v.**

**ANTHONY M. BRICHETTO,** **Civil Action No. 2:16-cv-00387-JDL**

**DEFENDANT**

**v.**

**INTERNAL REVENUE SERVICE,**

**PARTY-IN-INTEREST**

## STATUS REPORT CONCERNING MEDIATION

Now Comes the Defendant Anthony M. Brichetto, by and through his attorney, Frank D'Alessandro, Pine Tree Legal Assistance, and hereby provides the following status report regarding this case:

1. On February 17, 2017, the parties attended a mediation pursuant to the provisions of the State of Maine Foreclosure Diversion Program.

2. On or about March 15, 2017, the parties entered into a trial period plan for a loan modification. The three payments required by this plan are due on April 1, 2017, May 1, 2017, and June 1, 2017.

3. On April 28, 2017 the parties attended a second mediation pursuant to the provisions of the State of Maine Foreclosure Diversion Program.

4. Defendant has made the first two payments due pursuant to the trial period plan.

5. Defendant's final payment required by the trial period plan is due June 1, 2017.

6. At the mediation the parties agreed to a deadline of July 15, 2017, by which time the trial loan modification would become permanent.

RESPECTFULLY SUBMITTED,

DATED: May 12, 2017

/s/ Frank D'Alessandro
FRANK D'ALESSANDRO, Bar # 3243
ATTORNEY AT LAW
PINE TREE LEGAL ASSISTANCE, INC.
P.O. BOX 547
88 FEDERAL STREET
PORTLAND, ME. 04112
(207) 400-3203

## CERTIFICATE OF SERVICE

I, Frank D'Alessandro, Esq., Pine Tree Legal Assistance, attorney for Anthony M. Brichetto, Defendant, hereby certify that on May 12, 2017 I electronically filed the above Status Report with the clerk of court using the CM/ECF system which will send notification of such filing to the following:

John A. Doonan, Esq.

DATED: May 12, 2017

/s/ Frank D'Alessandro
FRANK D'ALESSANDRO, Bar # 3243
ATTORNEY AT LAW
PINE TREE LEGAL ASSISTANCE, INC.
P.O. BOX 547
88 FEDERAL STREET
PORTLAND, ME. 04112
(207) 400-3203